IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A.,<br><br>Plaintiff,<br><br>v.<br><br>M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc.,<br><br>and<br><br>Certain Bunkers on board the M/V KAVO PLATANOS,<br><br>Defendants *in rem,*<br><br>and<br><br>CANPOTEX SHIPPING SERVICES LTD., *et al.*,<br><br>Defendants and Garnishee. | IN ADMIRALTY<br><br>CASE NO.: 15-CV-00172-RAJ<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO SUPPLEMENTENTAL ADMIRALTY RULE B AND WARRANTS OF  MARITIME ARREST PURSUANT TO SUPPLEMENTAL ADMIRALTY RULES C AND D**<br><br>(~~PROPOSED~~) |

Upon reading the verified complaint for issuance of a writ of maritime attachment and garnishment and warrants of maritime arrest and supporting papers, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rules B, C and D appear to exist, it is

ORDERED that the Clerk shall issue the warrants of maritime arrest as prayed for in the verified complaint; and it is further

[~~PROPOSED~~] ORDER DIRECTING ISSUANCE
OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT
AND WARRANTS OF MARITIME ARREST  - 1
(15-CV-00172-RAJ)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1  ORDERED that the warrants of maritime arrest shall provide for the crew of the M/V
2  KOVA PLATANOS to be allowed to remain on the vessel during the time the vessel is in
3  custody, and that the vessel while under arrest and attachment may continue operations in this
4  District; and it is further

5  ORDERED that any person claiming an interest in the property arrested and attached
6  pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at
7  which the plaintiff shall be required to show why the arrest should not be vacated or other
8  relief granted; and it is further

9  ORDERED that a copy of this Order be attached to and served with the said warrants
10 of maritime arrest.

11 DATED this 6th day of February, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER DIRECTING ISSUANCE
OF WRIT OF MARITIME ATTACHMENT AND GARNISHMENT
AND WARRANTS OF MARITIME ARREST - 2
(15-CV-00172-RAJ)

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555