THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A., <br><br> Plaintiff, <br><br> v. <br><br> M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., <br><br> and <br><br> Certain Bunkers on board the M/V KAVO PLATANOS, <br><br> Defendants *in rem*, <br><br> and <br><br> CANPOTEX SHIPPING SERVICES LTD., *et al.*, <br><br> Defendants and Garnishee. | IN ADMIRALTY <br><br> CASE NO.: 15-CV-00172-RAJ <br><br> **NOTICE OF SERVICE OF ARREST PAPERS ON VESSEL** |

AEGEAN MARINE PETROLEUM S.A. hereby gives notice that the arrest papers and

NOTICE OF SERVICE OF ARREST PAPERS ON VESSEL - 1
(15-CV-00172-RAJ)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

ORIGINAL

related documents were served on the vessel M/V KAVO PLATANOS and her bunkers by the United States Marshal Service on February 11, 2015. Because the arrest has been effected, the order sealing this matter (Dkt. 8) is no longer needed and this action should now be restored to the public docket.

DATED this 11th day of February, 2015.

NICOLL BLACK & FEIG PLLC

Christopher W. Nicoll, WSBA #20771
Jeremy R. Jones, WSBA #44138
*Attorneys for Plaintiff*

OF COUNSEL

(*pro hac vice applications forthcoming*)

J. Stephen Simms
jssimms@simmsshowers.com
John T. Ward
jtward@simmsshowers.com
Marios J. Monopolis
mjmonopolis@simmsshowers.com
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030

Telephone 410-783-5795

NOTICE OF SERVICE OF ARREST PAPERS ON VESSEL - 2
(15-CV-00172-RAJ)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555