| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|
| PLAINTIFF<br>AEGEAN MARINE PETROLEUM S. A. | COURT CASE NUMBER<br>15-CV-00172-RAJ | |
| DEFENDANT<br>M/V KAVO PLATANOS; CANPOTEX SHIPPING SERVICES LTD, et al. | TYPE OF PROCESS<br>RULE B/C/D - ARREST OF VESSEL/BUNKERS | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  M/V KAVO PLATANOS
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  PORT OF FERNDALE, WA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

JEREMY B. JONES and CHRISTOPHER W. NICOLL
NICOLL BLACK & FEIG, PLLC
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WA 98101 PHONE: 206.838.7968 / 206.838.7546

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 13 2015 PM
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

2015 FEB -6 PM 11:53
US MARSHALS SERVICE SEATTLE, WA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold    PLEASE NOTE THAT BUCK FOWLER OF MARINE LENDERS SERVICES, LLC, IS THE SUBSTITUTE    Fold
CUSTODIAN IN THIS MATTER, AND WILL HAVE MORE INFORMATION REGARDING THE LOCATION OF
THE VESSEL. MR. FOWLER'S TELEPHONE NUMBER IS (206) 284-9930.

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>206.838.7968 | DATE<br>02/06/2015 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 86 | District to Serve<br>No. 86 | Signature of Authorized USMS Deputy or Clerk<br>MStiltner | Date<br>2/6/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date<br>02/11/15 | Time<br>1100 ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy<br>(LESH) | |

| Service Fee<br>1560.00 | Total Mileage Charges including *endeavors*<br>102.60 | Forwarding Fee<br>N/A | Total Charges<br>1662.60 | Advance Deposits<br>N/A | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>N/A $0.00 |
|---|---|---|---|---|---|

REMARKS: 3 USMS + 8 HOURS + 180 MI R/T

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

US MARSHALS SERVICE
SEATTLE, WA
2015 FEB -9 AM 8:45

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
FEB 13 2015 PM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
FEB -6 2015 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A., <br><br> Plaintiff, <br><br> v. <br><br> M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., <br><br> and <br><br> Certain Bunkers on board the M/V KAVO PLATANOS, <br><br> Defendants *in rem,* <br><br> and <br><br> CANPOTEX SHIPPING SERVICES LTD., *et al.,* <br><br> Defendants and Garnishee. | IN ADMIRALTY <br><br> CASE NO. 15-CV-00172 PKJ <br><br> WARRANT OF ARREST OF BUNKERS – SUPPLEMENTAL RULE D <br><br> (PROPOSED) |

TO: UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WASHINGTON

WHEREAS, the plaintiff has filed a verified complaint, *in rem*, to arrest all bunkers on board the M/V KAVO PLATANOS ("Bunkers") on a petitory claim under Supplemental Admiralty and Maritime Rule D, for a declaration that the Bunkers are the maritime property of plaintiff, for reasons set forth in the verified complaint, and praying for process of warrant

[PROPOSED] WARRANT
OF ARREST OF BUNKERS - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

for the arrest of the Bunkers, and that all persons interested in the Bunkers may be cited to answer the premises, and the Court having ordered this warrant of arrest to issue;

YOU ARE HEREBY COMMANDED to arrest the Bunkers and to detain the same in your custody until further order of the Court respecting the same and to promptly give actual notice of the commencement of this action to the Master, or other ranking officer or caretaker of the Vessel, and further, in accordance with the Supplemental Rules of the Federal Rules of Civil Procedure, if the Bunkers have not been released within fourteen (14) days after execution of this process, to publish a Notice of Arrest, a copy of which is attached hereto, in order to give all persons claiming the same or having anything to say why the Bunkers should not be determined to be the property of plaintiff, pursuant to the prayer of the verified complaint due notice that, they must file their claims with the Clerk of the Court within fourteen (14) days after execution of this process and that they must serve their answers within twenty-one (21) days after the filing of their claim, and that as to any person or entity not so serving and filing his claim and answer, default will be noted and condemnation ordered, and, further, that applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests must be filed within thirty (30) days after publication of the Notice of Arrest, and that, as to all persons and entities not so filing such applications for intervention within the time limits set out above, default will be taken.

YOU ARE HEREBY COMMANDED to make service of this warrant on the weekend if it becomes apparent the Vessel may be making arrangements to depart the District.

YOU ARE HEREBY COMMANDED to allow the crew to remain on the Vessel, and to allow the Vessel to continue its loading and unloading operations in this District, while the Bunkers are arrested.

//

//

[PROPOSED] WARRANT
OF ARREST OF BUNKERS - 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

DATED this 6th day of February, 2015.

_____
UNITED STATES DISTRICT ~~COURT JUDGE~~
Deputy Clerk

Presented by:

_____
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

[PROPOSED] WARRANT
OF ARREST OF BUNKERS - 3

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555