**The Honorable Richard A. Jones**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 2:15-cv-00172-RAJ |
| vs. | **VERIFIED STATEMENT OF INTEREST AND NOTICE OF RESTRICTED APPEARANCE** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al.*, | |
| Defendants and Garnishee. | |

Pursuant to Rules C(6) and E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Indy Maritime S.A., ("Indy"), as Claimant to the *in rem* defendant vessel KAVO PLATANOS, by and through undersigned counsel, hereby enters a restricted appearance in this matter for the sole purpose of defending against the *in rem* claim

Case No.: 2:15-CV-00172-RAJ
VERIFIED STATEMENT OF INTEREST AND NOTICE OF RESTRICTED APPEARANCE - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790

1 made against the M/V KAVO PLATANOS without appearing generally for the
2 purposes of any other claim.  Indy makes this restricted appearance on the basis
3 that it is the owner of the M/V KAVO PLATANOS with the right to demand its
4 restitution and to defend this action.  This restricted appearance is made with a full
5 reservation and preservation of any and all rights, defenses, remedies and
6 limitations available to Indy and the M/V KAVO PLATANOS.
7        DATED this 19th day of February, 2015.

```
                                s/ Philip R. Lempriere
                                Philip R. Lempriere, WSBA No. 20304
                                Attorneys for Claimant
                                Indy Maritime S.A.
                                Keesal, Young & Logan
                                1301 Fifth Avenue, Suite 3300
                                Seattle, Washington  98101
                                Telephone:  (206) 622-3790
                                Facsimile:  (206) 343-9529
                                Email:      philip.lempriere@kyl.com
```

Case No.:  2:15-CV-00172-RAJ
VERIFIED STATEMENT OF INTEREST AND NOTICE OF
RESTRICTED APPEARANCE - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON  98101
(206) 622-3790

## ATTORNEY VERIFICATION/CERTIFICATION

I, PHILIP R. LEMPRIERE, an attorney at Law of the State of Washington and a Member of the Bar of this Court verify, certify and state:

1. I am a shareholder with the law firm of Keesal, Young & Logan, attorneys for Claimant Indy Maritime S.A. I have read the foregoing Verified Statement of Interest and Notice of Restricted Appearance and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2. The sources of my information and the grounds for my belief are communications, information and documentation provided by our client.

3. The reason this Verification/Certification is made by an attorney and not by Claimant is because Claimant is a foreign entity, none of whose officers and/or managers familiar with this matter are presently within this Judicial District. In light of these circumstances, I have been authorized by Claimant to make this verification on their behalf.

4. I hereby verify and certify that the foregoing statements made by me are true. I am aware that if any of these statements made by me are willfully false, I am subject to contempt of Court.

DATED this 19th day of February, 2015 at Seattle, Washington.

s/ Philip R. Lempriere
Philip R. Lempriere

Case No.: 2:15-CV-00172-RAJ
VERIFIED STATEMENT OF INTEREST AND NOTICE OF RESTRICTED APPEARANCE - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101
(206) 622-3790

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that, on the date given below, (he/she) caused to be served a copy of VERIFIED STATEMENT OF INTEREST AND NOTICE OF RESTRICTED APPEARANCE upon the following person(s) via First Class U.S. mail, postage prepaid:

Christopher W. Nicoll, Esq.
Jeremy B. Jones, Esq.
Nicoll Black & Feig PLLC
1325 4th Avenue, Suite 1650
Seattle, WA  98101-2573

Colin Folawn, Esq.
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, #1900
Portland, Or  97204

Attorneys for Specially Appearing Defendant Canpotex Shipping Services Ltd.

J. Stephen Simms, Esq.
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030

Attorneys for Plaintiff

DATED this 19th day of February, 2015, at Seattle, Washington.

_____
Marcee Stone-Vekich

KYL_SE104236

Case No.:  2:15-CV-00172-RAJ
VERIFIED STATEMENT OF INTEREST AND NOTICE OF RESTRICTED APPEARANCE - 4

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON  98101
(206) 622-3790