THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 2:15-cv-00172-RAJ |
| v. | |
| M/V KAVO PLATANOS, etc., *et al.*, | NOTICE OF LIMITED APPEARANCE |
| and | |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem* and | |
| CANPOTEX SHIPPING SERVICES LTD. (CSSL), et al., | |
| Defendants and Garnishee. | |

PLEASE TAKE NOTICE that Colin Folawn of Schwabe Williamson & Wyatt hereby appears in the above-captioned case on behalf of defendant Canpotex Shipping Services Limited, pursuant to Supplemental Admiralty Rule E(8).

This appearance is solely for the defense against the arrest and attachment of M/V KAVO PLATANOS and Canpotex Shipping Service Limited's alleged property, is not an appearance for any other claim, and is not a waiver of any defense that may later be asserted

NOTICE OF LIMITED APPEARANCE - 1
CASE NO. 2:15-cv-00172-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\124008\183116\DBO\15401444.1

1 | by Canpotex Shipping Services Limited, including but not limited to lack of jurisdiction.

Dated this 20th day of February, 2015.

                                            SCHWABE, WILLIAMSON & WYATT, P.C.

By:    s/Colin Folawn
        Colin Folawn, WSBA #34211
        1420 5th Ave, Ste 3400
        Seattle, WA 98101
        Tel: 206.407.1500
        Email: cfolawn@schwabe.com
        *Attorneys for Canpotex Shipping*
        *Services Limited (CSSL)*

NOTICE OF LIMITED APPEARANCE - 2
CASE NO. 2:15-cv-00172-RAJ

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\124008\183116\DBO\15401444.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2015, I caused to be served the foregoing NOTICE OF LIMITED APPEARANCE on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

    Christopher W. Nicoll
    Email: Cnicollblack.com
    Jeremy Jones
    Email: jjones@nicollblack.com

    Philip R. Lempriere
    Email: philip.lempriere@kyl.com

And the following via E-Mail:

    J. Stephen Simms
    Email: jssimms@simmsshowers.com

    s/Colin Folawn
    Colin Folawn, WSBA #34211

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.171

PDX\124008\183116\DBO\15401444.1