UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A., <br><br> Plaintiff, <br><br> v. <br><br> M/V KAVOS PLATANOS,. etc., et al., <br> and <br> Certain Bunkers on board the M/V KAVO PLATANOS, <br><br> Defendants *in rem*, <br> and <br> CANPOTEX SHIPPING SERVICES LTD. (CSSL), et al., <br><br> Defendants and Garnishee. | IN ADMIRALTY <br><br> CASE NO.: 2:15-cv-00172-RAJ <br><br> JOINT MOTION FOR ORDER FOR LEAVE OF COURT TO DEPOSIT FUNDS IN COURT, PURSUANT TO FED. R. CIV. P. 67, AND ON DEPOSIT, FOR THE RELEASE OF THE VESSEL M/V KAVO PLATANOS AND BUNKERS FROM ARREST AND ATTACHMENT <br><br> **HEARING DATE: FEBRUARY 20, 2015** |

The parties jointly move for a stipulated order, pursuant to FED. R. CIV. P. 67, providing for the deposit in the Court's registry of funds to secure release from arrest and attachment of the vessel M/V KAVO PLATANOS and her bunkers (collectively, "the Vessel"), and for release of the Vessel. The rule provides as follows:

Rule 67. Deposit into Court

(a) Depositing Property. If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party—on notice to every other party and by leave of court—may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The

STIPULATED MOTION FOR ORDER FOR FUNDS DEPOSIT AND FOR RELEASE OF VESSEL - 1
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405339.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

depositing party must deliver to the clerk a copy of the order permitting deposit.

FED. R. CIV. P. 67(a).

The parties jointly make this motion, and each consents and does not oppose the motion. Specially Appearing Defendant Canpotex Shipping Services Limited will be making the deposit of USD 494,013.00 ("the Security Amount") as security for the release of the Vessel from arrest and attachment. The parties jointly request that, upon Order of the Court, the Vessel be released from arrest and attachment. A proposed order, to which the parties have stipulated, is submitted herewith.

Dated this 20th day of February, 2015.

NICOLL BLACK & FEIG PLLC


By: s/Christopher W. Nicoll
    Christopher W. Nicoll, WSBA #20771
    1325 4th Avenue Ste 1650
    Seattle, WA 98101
    Email: cnicoll@nicollblack.com
    Tel: 206-949-4370


SIMMS SHOWERS LLP


By: s/J. Stephen Simms
    J. Stephens Simms, *Pro Hac Vice* (pending)
    201 International Circle
    Baltimore, MD 21030
    Email: Jssimms@simmsshowers.com
    Tel: 410-783-5795
*Counsel for Aegean*

*///*

*///*

*///*

STIPULATED MOTION FOR ORDER FOR FUNDS
DEPOSIT AND FOR RELEASE OF VESSEL - 2
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405339.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

| | |
|---|---|
| 1 | SCHWABE, WILLIAMSON & WYATT, P.C. |
| 2 | |
| 3 | By: s/Colin Folawn |
| |     Colin Folawn, WSBA #34211 |
| |     1420 5th Avenue, Ste 3400 |
| 4 |     Seattle, WA 98101 |
| |     Email: cfolawn@schwabe.com |
| 5 |     Tel: 206.407.1500 |
| | *Counsel for Specially Appearing Defendant Canpotex Shipping Services Limited* |
| 6 | |
| 7 | KEESAL YOUNG & LOGAN |
| 8 | By: s/Philip R. Lempriere |
| |     Philip R. Lempriere, WSBA #20304 |
| 9 |     Keesal, Young & Logan |
| |     1301 5th Avenue, Ste 3300 |
| 10 |     Seattle, WA 98101 |
| |     Email: philip.lempriere@kyl.com |
| 11 |     Tel: 206-622-3790 |
| 12 | *Counsel for Specially Appearing Defendant and Claimant to the Vessel M/V KAVO PLATANOS, Indy Maritime, S.A.* |

STIPULATED MOTION FOR ORDER FOR FUNDS
DEPOSIT AND FOR RELEASE OF VESSEL - 3
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405339.1