**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A.,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V KAVO PLATANOS,. etc., et al.,<br><br>    and<br><br>Certain Bunkers on board the M/V KAVO PLATANOS,<br><br>    Defendants *in rem*,<br><br>    and<br><br>CANPOTEX SHIPPING SERVICES LTD. (CSSL), et al.,<br><br>    Defendants and Garnishee. | IN ADMIRALTY<br><br>CASE NO.: 2:15-cv-00172-RAJ<br><br>[~~PROPOSED~~]<br><br>STIPULATED ORDER FOR LEAVE OF COURT TO DEPOSIT FUNDS IN COURT, PURSUANT TO FED. R. CIV. P. 67, AND ON DEPOSIT, FOR THE RELEASE OF THE VESSEL M/V KAVO PLATANOS AND BUNKERS FROM ARREST AND ATTACHMENT |

The parties hereby Stipulate and Agree, by their undersigned counsel, as follows:

That an amount of USD 494,013.00 (representing O.W. Bunkers (U.K.) Ltd.'s USD 466,050 invoice plus 6%) ("Substitute Security") is sufficient security under Rule E(5)(a) and is hereby substituted for the M/V KAVO PLATANOS (the "Vessel") and the fuel aboard the Vessel ("Bunkers") for claims by any party for payment of bunkers consisting of 900 MT of IFO 380 provided to the Vessel on October 22, 2014, in Vancouver, B.C. (the "Vancouver Bunkers").

That any claims against the Vessel, Bunkers, Canpotex Shipping Services Limited,

[~~PROPOSED~~] STIPULATED ORDER FOR FUNDS DEPOSIT AND FOR RELEASE OF VESSEL - 1
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405378.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

Indy Maritime SA, and/or Gourdomichalis Maritime SA by Aegean Marine Petroleum S.A. or by any other potential claimant to the Vessel or Bunkers, including but not limited to, O.W. Bunkers (U.K.) Ltd. for payment for the Vancouver Bunkers are hereby transferred to the Substitute Security, and the Vessel and Bunkers are released from arrest and attachment and the Vessel be free to sail without further restraint or arrest arising from claims for payment for the Vancouver Bunkers upon entry of this order.

It is hereby ORDERED that:

The Clerk will accept the sum of USD 494,013.00 as substitute security for the vessel M/V KAVO PLATANOS and Bunkers for all claims for payment for the Vancouver Bunkers.

The Substitute Security presently is held in the client trust account of the undersigned counsel for Specially Appearing Defendant Canpotex Shipping Services Limited, as former charterer of the Vessel, and will be deposited into the Court Registry within 5 days of this Stipulation and Order.

Any entity claiming a potential right to payment for the Vancouver Bunkers must within 30 days of notice of this Stipulation and Order appear in this action and assert a claim pursuant to the Supplemental Rules for Admiralty or Maritime Claims.

Upon entry of this Order, the Vessel and Bunkers are released from arrest and attachment, and the United States Marshall for the Western District of Washington is hereby ordered to so release the Vessel and Bunkers from arrest attachment.

It shall not be necessary for a Deputy Marshal to proceed to the Vessel for the release of the Vessel and Bunkers. Instead, the release may be communicated and made effective by provision of a copy of this Order, by facsimile or email, to the office of the United States Marshal and to the Substitute Custodian for the Vessel and Bunkers.

Aegean Marine Petroleum S.A. and Canpotex Shipping Services Limited are to coordinate service of this Stipulation and Order on all third parties known or believed to have

[PROPOSED] STIPULATED ORDER FOR FUNDS DEPOSIT AND FOR RELEASE OF VESSEL - 2
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405378.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

a claim for payment for the Bunkers. OW Bunkers (U.K.) Ltd. may be served at its last-known address through fax, e-mail, or courier, and service upon PricewaterhouseCoopers LLP, 1 Embankment Place, London WC2N 6RH and Paul Copley as receiver at Paul.Copley@uk.pwc.com.

This Stipulation and Order is without prejudice to the right of any party to later to move the Court or otherwise seek to have the arrest and attachment quashed or vacated, the action dismissed or transferred to a different venue, or any other relief.

**STIPULATED AND AGREED this 20th day of February, 2015:**

NICOLL BLACK & FEIG PLLC

By: s/Christopher W. Nicoll
  Christopher W. Nicoll, WSBA #20771
  1325 4th Avenue Ste 1650
  Seattle, WA 98101
  Email: cnicoll@nicollblack.com
  Tel: 206-949-4370

SIMMS SHOWERS LLP

By: s/J. Stephen Simms
  J. Stephens Simms, *Pro Hac Vice* (pending)
  201 International Circle
  Baltimore, MD 21030
  Email: Jssimms@simmsshowers.com
  Tel: 410-783-5795
*Counsel for Aegean*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/Colin Folawn
  Colin Folawn, WSBA #34211
  1420 5th Avenue, Ste 3400
  Seattle, WA 98101
  Email: cfolawn@schwabe.com
  Tel: 206.407.1500
*Counsel for Specially Appearing Defendant Canpotex Shipping Services Limited*

[PROPOSED] STIPULATED ORDER FOR FUNDS
DEPOSIT AND FOR RELEASE OF VESSEL - 3
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405378.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711

1  KEESAL YOUNG & LOGAN

3  By: s/Philip R. Lempriere
      Philip R. Lempriere, WSBA #20304
4      1301 5th Avenue, Ste 3300
      Seattle, WA 98101
5      Email: philip.lempriere@kyl.com
      Tele: 206-622-3790
6  *Counsel for Specially Appearing Defendant and Claimant to the Vessel M/V KAVO PLATANOS, Indy Maritime, S.A.*

8  **ORDER**

9  **IT IS SO ORDERED** this 20th day of February, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[~~PROPOSED~~] STIPULATED ORDER FOR FUNDS
DEPOSIT AND FOR RELEASE OF VESSEL - 4
CASE NO. 2:15-cv-00172-RAJ
PDX\119806\163805\CJF\15405378.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206-622-1711