**THE HONORABLE RICHARD A. JONES**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A., <br><br> Plaintiff, <br><br> v. <br><br> M/V KAVOS PLATANOS,. *etc., et al.*, <br> and <br> Certain Bunkers on board the M/V KAVOS PLATANOS, <br><br> Defendants *in rem,* <br> and <br><br> Canpotex Shipping Services Ltd. (CSSL), *et al.*, <br><br> Defendants and Garnishee. | IN ADMIRALTY <br><br> CASE NO.: 15-CV-00172-RAJ <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

COME NOW all parties, by and through their counsel of record, and stipulate and respectfully request that the Court enter an order extending the deadline by which all parties must file a responsive pleading to the Complaint. The parties request the time for filing a responsive pleading to the Complaint be set for April 23, 2015, 45 days from today's date.

/ / /

/ / /

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT - 1
(15-CV-00172-RAJ)

Dated this 9th day of March 2015

**STIPULATED AND AGREED:**

| | |
|---|---|
| NICOLL BLACK & FEIG PLLC | /s/ J. Stephen Simms_____ |
| | J. Stephen Simms |
| Christopher W. Nicoll, WSBA #20771 | jssimms@simmsshowers.com |
| Jeremy B. Jones, WSBA #44138 | Simms Showers LLP |
| | 201 International Circle |
| | Baltimore, Maryland 21030 |
| | Telephone 410-783-5795 |

Aegean Counsel

| | |
|---|---|
| SCHWABE WILLIAMSON & WYATT | /s/ David R. Boyajian_____ |
| 1211 SW Fifth Avenue, #1900 | David R. Boyajian, OSB No. 112582 |
| Portland, OR   97204 | |
| Telephone:  503-222-9981 | |

Counsel for Specially Appearing Defendant Canpotex Shipping Services Ltd.

| | |
|---|---|
| KEESAL YOUNG & LOGAN | /s/ Philip R. Lempriere_____ |
| | Philip R. Lempriere, WSBA No. 20304 |
| Keesal Young & Logan | |
| 1301 5th Avenue , Suite 3300 | |
| Seattle, Washington 98101 | |
| Telephone 206-622-3790 | |

Indy Maritime Counsel

**<u>ORDER</u>**

Based on the Court's review of the stipulation of the parties, the parties deadline to file a responsive pleading to the Complaint in this matter is extended to April 23, 2015.

_____
United States District Judge

Presented by:
SCHWABE WILLIAMSON WYATT, P.C.


By: /s/ David R. Boyajian_____
Of Attorneys for M/V KAVO PLATANOS

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT - 2
(15-CV-00172-RAJ)