THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | In Admiralty |
| Plaintiff, | Case No. 15-CV-00172-RAJ |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL |
| M/V KAVOS PLATANOS, etc., *et al.*, and Certain Bunkers on board the M/V KAVOS PLATANOS, | |
| Defendants *in rem* and | |
| CANPOTEX SHIPPING SERVICES LTD. (CSSL), et al. | |
| Defendants and Garnishee. | |

You are hereby notified that David R. Boyajian and the law firm of Schwabe, Williamson & Wyatt, P.C. are substituted in lieu of Philip R. Lempriere and the law firm of Keesal Young & Logan as counsel of record for Indy Maritime SA in the above-captioned matter.

/ / /

/ / /

NOTICE OF SUBSTITUTION OF COUNSEL - 1
(CASE NO. 15-CV-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\15679381.1

Dated this 9th day of April, 2015.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ David R. Boyajian*
David R. Boyajian, OSB #112582,
California Bar No. 257825
(admitted *pro hac vice)*
Email: dboyajian@schwabe.com
Attorneys for Canpotex Shipping
Services, Ltd. (CSSL) and Indy
Maritime SA

Dated this 9th day of April, 2015.

KEESAL YOUNG & LOGAN

By: */s/ Philip R. Lempriere*
Philip R. Lempriere, WSBA No. 20304
Email: Philip.lempriere@kyl.com

NOTICE OF SUBSTITUTION OF COUNSEL - 2
(CASE NO. 15-CV-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\15679381.1