**THE HONORABLE RICHARD A. JONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., <br><br> Plaintiff, <br><br> v. <br><br> M/V KAVOS PLATANOS, etc., *et al.*, and Certain Bunkers on board the M/V KAVOS PLATANOS, <br><br> Defendants *in rem* <br> and <br><br> CANPOTEX SHIPPING SERVICES LTD. (CSSL), et al. <br><br> Defendants and Garnishee. | In Admiralty <br><br> Case No. 15-CV-00172-RAJ <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

You are hereby notified that David R. Boyajian and the law firm of Schwabe, Williamson & Wyatt, P.C. are substituted in lieu of Philip R. Lempriere and the law firm of Keesal Young & Logan as counsel of record for Gourdomichalis Maritime SA in the above-captioned matter.

/ / /

/ / /

NOTICE OF SUBSTITUTION OF COUNSEL - 1
(CASE NO. 15-CV-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\15851846.1

Dated this 6th day of May, 2015.

                SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ David R. Boyajian*
     David R. Boyajian, OSB #112582,
     California Bar No. 257825
     (admitted *pro hac vice*)
     Email: dboyajian@schwabe.com
     Attorneys for Canpotex Shipping Services, Ltd. (CSSL) and Indy Maritime SA

Dated this 6th day of May, 2015.

                KEESAL YOUNG & LOGAN

By: *s/ Philip R. Lempriere*
     Philip R. Lempriere, WSBA No. 20304
     Email: Philip.lempriere@kyl.com

NOTICE OF SUBSTITUTION OF COUNSEL - 2
(CASE NO. 15-CV-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\15851846.1