HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AEGEAN MARITIME PETROLEUM et al.,

    Plaintiffs,

    v.

CONPOTEX SHIPPING et al.

    Defendants.

CASE NO. C15-172 RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the court *sua sponte*. Counsel, David R. Boyajian, has filed a "Notice of Association of Attorney" on behalf of defendant Indy Maritime and a "Notice of Substitution of Counsel" on behalf of defendant Gourdomichalis Maritime SA. Dkt. ## 28, 30. Both notices contain a number of deficiencies and are hereby stricken. The former notice was docketed as one for "association of counsel," but in fact appears to be a notice of substitution. Dkt. # 28. Mr. Boyajian apparently seeks to appear *in lieu of* Mr. Philip R. Lempriere. If Mr. Lempriere wishes to withdraw, he must comply with Local Rule 83.2(b) and obtain leave of court. Until counsel files an appropriate motion or stipulation, Mr. Lempriere and Keesal, Young & Logan will continue to serve as attorneys of record. *See* LCR 83.2(b)(6).

Mr. Boyajian is also reminded that attorneys who appear *pro hac vice* must associate with local counsel. If Mr. Boyajian wishes to appear on behalf of one or more defendants he must identify his local counsel and clearly state the names of each attorney

MINUTE ORDER – 1

representing each defendant. Accordingly, Mr. Boyajian and Mr. Lempriere shall meet and confer and file one motion or stipulation that clarifies precisely which attorneys are appearing on behalf of each defendant. The motion or stipulation must strictly comply with LCR 83.2.

Failure to comply with the local rules in future filings may result in sanctions.

Dated this 7th day of May, 2015.

        WILLIAM M. MCCOOL
        Clerk

        s/Rhonda Stiles
        Deputy Clerk

MINUTE ORDER – 2