UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 2:15-cv-00172-JHC |
| v. | **ORDER ON JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., et al., | |
| Defendants and Garnishee. | |

This matter comes before the Court upon Defendant Canpotex Shipping Services, Ltd.'s, ("Defendant") and Aegean Marine Petroleum S.A.'s ("Plaintiff") Joint Motion to Extend Expert Disclosure Deadline. Dkt. # 86.  The parties having so stipulated, and the Court finding good cause for entry hereof,

///

ORDER ON JOINT MOTION TO EXTEND EXPERT
DISCLOSURE DEADLINE - 1

NOW, THEREFORE, IT IS HEREBY ORDERED that that the date for disclosure of expert testimony shall be extended to Friday, July 8, 2022, and all other deadlines set forth in the January 14, 2022 Scheduling Order (Dkt. # 73) remain the same.

Dated this 3rd day of May 2022.

*John H. Chun*
John H. Chun
United States District Court Judge

ORDER ON JOINT MOTION TO EXTEND EXPERT
DISCLOSURE DEADLINE - 2