THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 15-CV-00172-JHC |
| v. | **ORDER ON JOINT MOTION TO EXTEND DEADLINES** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | **NOTING DATE: TUESDAY, JULY 5, 2022** |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al*., | |
| Defendants and Garnishee. | |

This matter came before the Court upon Defendant Canpotex Shipping Services, Ltd.'s, ("Defendant") and Aegean Marine Petroleum S.A.'s ("Plaintiff") Joint Motion to Extend Deadlines. The parties having so stipulated, and the Court finding good cause for entry hereof,

///

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 1
(CASE NO. 15-CV-00172-RAJ)
PDX\128229\201590\DBO\34173467.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

NOW, THEREFORE, IT IS HEREBY ORDERED that that the date for disclosure of expert testimony shall be extended to Friday, September 9, 2022, the date for the parties to complete discovery shall be extended to December 2, 2022, and the deadline for filing dispositive motions shall be extended to January 20, 2023. All other deadlines set forth in the January 14, 2022 Scheduling Order (Dkt. 73) remain the same.

Dated this 5th day of July, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ David R. Boyajian*
    David R. Boyajian, WSBA # 50195
    Colin Folawn, WSBA #34211
    Email: dboyajian@schwabe.com
           cfolawn@schwabe.com

*Counsel for Defendant Canpotex Shipping Services Ltd.*

*Approved as to form:*

**SIMMS SHOWERS LLP**

By: *s/ J. Stephen Simms*
    J. Stephen Simms (*Pro Hac Vice*)
    Email: jssimms@simmsshowers.com

**NICOLL BLACK & FEIG, PLLC**

By: *s/ Jeremy Jones*
    Christopher W. Nicoll, WSBA #20771
    Jeremy B. Jones, WSBA # 44138
    Email: cnicoll@nicollblack.com
           jjones@nicollblack.com

*Counsel for Plaintiff Aegean Marine Petroleum S.A.*

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 2
(CASE NO. 15-CV-00172-RAJ)
PDX\128229\201590\DBO\34173467.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2022, I served the following [PROPOSED] ORDER ON JOINT MOTION TO EXTEND DEADLINES on:

Christopher W. Nicoll
Jeremy B. Jones
Nicoll Black & Feig, PLLC
1325 Fourth Ave, Suite 1650
Seattle, WA 98101
cnicoll@nicollblack.com
jjones@nicollblack.com

J. Stephen Simms (pro hac vice)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030
jssimms@simmsshowers.com

*Counsel for Plaintiff*

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.
☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ other (specify)  by emailing an electronic copy of the foregoing directly to all counsel of record.

*s/ David R. Boyajian*
David R. Boyajian, WSBA #50195

CERTIFICATE OF SERVICE - 1
(CASE NO. 15-CV-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\34173467.1