THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 15-CV-00172-JHC |
| v. | **ORDER ON JOINT MOTION TO EXTEND DEADLINE** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | NOTING DATE: FRIDAY, AUGUST 26, 2022 |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al*., | |
| Defendants and Garnishee. | |

This matter came before the Court upon Defendant Canpotex Shipping Services, Ltd.'s, ("Defendant") and Aegean Marine Petroleum S.A.'s ("Plaintiff") Joint Motion to Extend Deadlines. The parties having so stipulated, and the Court finding good cause for entry hereof,

///

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 1
(CASE NO. 15-CV-00172-RAJ)

NOW, THEREFORE, IT IS HEREBY ORDERED that that the date for disclosure of expert testimony shall be extended to Friday, September 30, 2022. All other deadlines set forth in the January 14, 2022 Scheduling Order (Dkt. 73) and further July 5, 2022 Order (Dkt. 89) remain the same.

Dated this 26th day of August, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ David R. Boyajian*
David R. Boyajian, WSBA # 50195
Colin Folawn, WSBA #34211
Email: dboyajian@schwabe.com
cfolawn@schwabe.com

*Counsel for Defendant Canpotex Shipping Services Ltd.*

*Approved as to form:*

**SIMMS SHOWERS LLP**

By: *s/ J. Stephen Simms*
J. Stephen Simms (*Pro Hac Vice*)
Email: jssimms@simmsshowers.com

**NICOLL BLACK & FEIG, PLLC**

By: *s/ Jeremy Jones*
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA # 44138
Email: cnicoll@nicollblack.com
jjones@nicollblack.com

*Counsel for Plaintiff Aegean Marine Petroleum S.A.*

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 2
(CASE NO. 15-CV-00172-RAJ)