THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 2:15-cv-00172-JHC |
| v. | |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | **DEFENDANT'S PROPOSED CASE SCHEDULE** |
| and | |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al*., | |
| Defendants and Garnishee. | |

Canpotex Shipping Services Ltd. ("CSSL"), by and through its attorneys of record, respectfully submits its Proposed Case Schedule, at the request of the Court per its Minute Order dated September 9, 2022 [ECF 92], extending the case deadlines by no more than ninety (90) days.

/ / /

/ / /

DEFENDANT'S PROPOSED CASE SCHEDULE- 1
(CASE NO. 2:15-cv-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\34749737.1

1   CSSL therefore requests that the Court adjust the Case Schedule extending the
2 deadlines as indicated on the schedule below:

| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) | ~~September 30, 2022~~<br><br>**December 30, 2022** |
|---|---|
| Deadline to Complete Discovery. All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR7(d)(3) | ~~December 2, 2022~~<br><br>**March 2, 2023** |
| All dispositive motions and motions challenging expert witness testimony must be filed | ~~January 20, 2023~~<br><br>**April 20, 2023** |

As noted in the Court's Scheduling Order [ECF 73], this case may be resolved through dispositive motions. CSSL therefore reiterates its request that the Court refrain from setting a trial date at this time. Should a trial be necessary, CSSL requests that the Court set a trial date after its ruling on dispositive motions.  CSSL respectfully requests this Court to grant their motion and submit a proposed order herewith.

Dated this 16th day of September, 2022.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ David R. Boyajian*
David R. Boyajian, WSBA #50195
Colin Folawn, WSBA #34211
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Email: dboyajian@schwabe.com
Email: cfolawn@schwabe.com

*Counsel for Defendant Canpotex Shipping Services Ltd.*

DEFENDANT'S PROPOSED CASE SCHEDULE- 2
(CASE NO. 2:15-cv-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\34749737.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2022, I served the following PROPOSED CASE SCHEDULE on:

Christopher W. Nicoll
Jeremy B. Jones
Nicoll Black & Feig, PLLC
1325 Fourth Ave, Suite 1650
Seattle, WA 98101
cnicoll@nicollblack.com
jjones@nicollblack.com

J. Stephen Simms (pro hac vice)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030
jssimms@simmsshowers.com

*Attorneys for Plaintiff*

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.
☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ other (specify) _____

*s/ David R. Boyajian*
David R. Boyajian, WSBA #50195

CERTIFICATE OF SERVICE - 1
(CASE NO. 2:15-cv-00172-RAJ)

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\128229\201590\DBO\34749737.1