THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 15-CV-00172-JHC |
| v. | **ORDER ON JOINT MOTION TO EXTEND DEADLINE** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | **NOTING DATE: FRIDAY, DECEMBER 16, 2022** |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al*., | |
| Defendants and Garnishee. | |

This matter came before the Court upon Defendant Canpotex Shipping Services, Ltd.'s, ("Defendant") and Aegean Marine Petroleum S.A.'s ("Plaintiff") Joint Motion to Extend Deadlines. The parties having so stipulated, and the Court finding good cause for entry hereof,

///

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 1
(CASE NO. 15-CV-00172-RAJ)

NOW, THEREFORE, IT IS HEREBY ORDERED that that the deadlines in the case shall be extended, as follows:

- Expert Witness Disclosure/Reports Under FRCP 26(a)(2): to Friday, March 3, 2023 (from December 30, 2022).

- Deadline to Complete Discovery: to Friday, May 26, 2023 (from March 2, 2023).

- All dispositive motions and motions challenging expert witness testimony: to Friday, June 30, 2023 (from April 20, 2023).

Dated this 14th day of December, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ David R. Boyajian*
David R. Boyajian, WSBA # 50195
Colin Folawn, WSBA #34211

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 2
(CASE NO. 15-CV-00172-RAJ)

Email: dboyajian@schwabe.com
cfolawn@schwabe.com

*Counsel for Defendant Canpotex Shipping Services Ltd.*

*Approved as to form:*

**SIMMS SHOWERS LLP**

By: *s/ J. Stephen Simms*
J. Stephen Simms (*Pro Hac Vice*)
Email: jssimms@simmsshowers.com

**NICOLL BLACK & FEIG, PLLC**

By: *s/ Jeremy Jones*
Christopher W. Nicoll, WSBA #20771
Jeremy B. Jones, WSBA # 44138
Email: cnicoll@nicollblack.com
jjones@nicollblack.com

*Counsel for Plaintiff Aegean Marine Petroleum S.A.*

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 3
(CASE NO. 15-CV-00172-RAJ)