THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A., | IN ADMIRALTY |
| Plaintiff, | Case No. 15-CV-00172-JHC |
| v. | **ORDER ON JOINT MOTION TO EXTEND DEADLINE** |
| M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., | |
| and | NOTING DATE: FRIDAY, MARCH 10 2023 |
| Certain Bunkers on board the M/V KAVO PLATANOS, | |
| Defendants *in rem*, | |
| and | |
| CANPOTEX SHIPPING SERVICES LTD., *et al*., | |
| Defendants and Garnishee. | |

This matter came before the Court upon Defendant Canpotex Shipping Services, Ltd.'s, ("Defendant") and Aegean Marine Petroleum S.A.'s ("Plaintiff") Joint Motion to Extend Deadlines. The parties having so stipulated, and the Court finding good cause for entry hereof,

///

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 1
(CASE NO. 15-CV-00172-JHC)

NOW, THEREFORE, IT IS HEREBY ORDERED that that the deadlines in the case shall be extended, as follows:

Deadline to Complete Discovery: to Friday, July 28, 2023 (from May 26, 2023).

All dispositive motions and motions challenging expert witness testimony including Daubert-specific challenges: to Friday, September 1, 2023 (from June 30, 2023).

Dated this 9th day of March, 2023.

*(signature)*
John H. Chun
United States District Judge

*Presented by*:

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ David R. Boyajian*
    David R. Boyajian, WSBA # 50195
    Colin Folawn, WSBA #34211
    Email: dboyajian@schwabe.com
           cfolawn@schwabe.com

*Counsel for Defendant Canpotex Shipping Services Ltd.*

*Approved as to form:*

**SIMMS SHOWERS LLP**

By: *s/ J. Stephen Simms*
    J. Stephen Simms (*Pro Hac Vice*)
    Email: jssimms@simmsshowers.com

**NICOLL BLACK & FEIG, PLLC**

By: *s/ Jeremy Jones*
    Christopher W. Nicoll, WSBA #20771
    Jeremy B. Jones, WSBA # 44138
    Email: cnicoll@nicollblack.com
           jjones@nicollblack.com

*Counsel for Plaintiff Aegean Marine Petroleum S.A.*

ORDER ON JOINT MOTION TO EXTEND DEADLINES - 2
(CASE NO. 15-CV-00172-JHC)