THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S.A.,<br><br>Plaintiff,<br><br>v.<br><br>M/V KAVO PLATANOS, et al.,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. 15-CV-00172-JHC<br><br>**ORDER ON JOINT MOTION TO VACATE PENDING DEADLINES**<br><br>**SAME DAY MOTION** |

This matter came before the Court upon Aegean Marine Petroleum S.A.'s and Canpotex Shipping Services, Ltd.'s Joint Motion to Vacate Pending Deadlines. The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW, THEREFORE, IT IS HEREBY ORDERED that all case deadlines are vacated, including current deadlines imposed by Aegean's pending discovery, pending this Court's decision on CSSL's Motion to Dismiss the Second Amended Complaint (Dkt. #100) (the "Motion").

Dated this 16th day of June 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

**SIMMS SHOWERS LLP**

By: *s/ J. Stephen Simms*
   J. Stephen Simms (*pro hac vice*)
   Email: jssimms@simmsshowers.com

**NICOLL BLACK & FEIG, PLLC**

By: *s/ Jeremy Jones*
   Christopher W. Nicoll, WSBA #20771
   Jeremy B. Jones, WSBA # 44138
   Email: cnicoll@nicollblack.com
         jjones@nicollblack.com

   *Counsel for Plaintiff Aegean Marine Petroleum S.A.*

*Approved as to form:*

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ David R. Boyajian*
   David R. Boyajian, WSBA # 50195
   Colin Folawn, WSBA #34211
   Email: dboyajian@schwabe.com
         cfolawn@schwabe.com

   *Counsel for Defendant Canpotex Shipping Services Ltd.*

ORDER ON JOINT MOTION TO VACATE PENDING
DEADLINES - 2
(CASE NO. 15-CV-00172-JHC)