UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARITIME PETROLEUM S.A., <br><br> Plaintiff, <br><br> v. <br><br> KAVO PLATANOS M/V, ET AL., <br><br> Defendants. | CASE NO. 2:15-cv-00172-JHC <br><br> ORDER RE: BRIEFING ON MOTION AT DKT. # 111 |

This matter comes before the Court sua sponte. Defendant's motion to vacate at Dkt. # 111 is noted for October 13, 2023. Dkt. # 118. Plaintiff's opposition brief is due by October 2, 2023, and shall not exceed 8,400 words. Defendant's reply is due by October 13, 2023, and shall not exceed 8,400 words.

Dated this 11th day of September, 2023.

John H. Chun
United States District Judge