UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARITIME PETROLEUM S.A., | CASE NO. 2:15-cv-00172-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KAVO PLATANOS M/V, ET AL., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court sets a telephonic hearing on Friday, November 3, 2023 at 8:30 a.m. PST, regarding Defendants' motion to vacate warrants of arrest and writs of attachment. *See* Dkt. # 111. Pursuant to Supplemental Admiralty Rule ("SAR") E(4)(f), Plaintiff shall be prepared "to show why the arrest or attachment" at issue "should not be vacated or other relief granted consistent with these rules."[1] Considering the parties have already briefed the issue, *see* Dkt. ##

---

[1] Under SAR E(4)(f), Plaintiff must demonstrate "a fair or reasonable probability" of success on the underlying claims: (1) breach of contract (cause of action two) and (2) unjust enrichment (cause of action three). *See OS Shipping Co. v. Glob. Mar. Tr.(s) Priv. Ltd.*, 2011 WL 1750449, at *5 (D. Or. May 6, 2011) ("[T]he prevailing test appears to be a "probable cause" standard[.]").

MINUTE ORDER - 1

111, 114, 120, 121, the parties will be limited to ten (10) minutes per side.  Plaintiff will proceed first and may reserve time for rebuttal.

Dated this 27th day of October 2023.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2