UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARITIME PETROLEUM S.A., <br> Plaintiff, <br><br> v. <br><br> KAVO PLATANOS M/V, ET AL., <br> Defendant. | CASE NO. 2:15-cv-00172-JHC <br><br> ORDER DENYING MOTION TO STAY PROCEEDINGS |

This matter comes before the Court on Defendant Canpotex Shipping Services, Ltd.'s Motion to Stay Proceedings. *See* Dkt. # 126. The Court has considered the motion and related briefing, including the following:

1. Defendant's Motion to Stay Proceedings (Dkt. # 126);

2. Declaration of Paris Karamitsios in Support of Defendant's Motion (Dkt. # 127);

2. Declaration of David R. Boyajian in Support of Defendant's Motion (Dkt. # 131);

3. Plaintiff Aegean Maritime Petroleum S.A.'s Opposition to Defendant's Motion (Dkt. # 132); and

4. Defendant's Reply (Dkt. # 133).

ORDER DENYING MOTION TO STAY PROCEEDINGS - 1

For the reasons outlined in Plaintiff's opposition (Dkt. # 132), the Court DENIES the motion to stay (Dkt. # 126).  Further, because the Supreme Court of Greece's forthcoming ruling in ongoing, related litigation may affect certain claims in this case, the Court will not set a dispositive motions deadline at this time.  Upon issuance of the Supreme Court of Greece's decision, the parties shall promptly notify the Court and, if necessary, the Court will set a related briefing schedule on the matter.  The Court therefore DIRECTS the parties to meet, confer, and provide the Court with updated discovery deadlines in a Joint Status Report by no later than March 29, 2024.

Dated this 4th day of March, 2024.

John H. Chun
United States District Judge

ORDER DENYING MOTION TO STAY PROCEEDINGS - 2