UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARITIME PETROLEUM S.A.,<br><br>Plaintiff,<br><br>v.<br><br>KAVO PLATANOS M/V, ET AL.,<br><br>Defendants. | CASE NO. 2:15-cv-00172-JHC<br><br>CASE SCHEDULING ORDER |

Having considered the parties' Joint Status Report (Dkt. # 140), the Court sets the following deadlines in this Case Scheduling Order:

| | |
|---|---|
| Defendants' responses to Aegean's pending written discovery requests (interrogatories, admissions requests, and production requests) previously served on September 1, 2023. | July 10, 2024 |
| The parties to notify the Court within ten (10) days after the Greek Supreme Court issues its decision in the related Greek litigation. The Court will then set a related briefing schedule and dispositive motion deadlines. *See* Dkt. # 134. | TBD |
| Discovery Completed | Ninety (90) days after the Greek Supreme Court issues its final ruling or judgment. |

CASE SCHEDULING ORDER - 1

| | |
|---|---|
| Pretrial deadlines | TBD |
| Length of Bench Trial | TBD |
| Bench Trial | TBD |

As stated above, these dates are set by the Court after reviewing the parties' Joint Status Report and Discovery Plan (Dkt. # 140). If any of the dates identified in this order fall on a weekend or federal holiday, the act or event may be performed on the next Court day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

As required by Local Civil Rule 37(a), all discovery matters are to be resolved by agreement if possible.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 10th day of June, 2024.

John H. Chun
United States District Judge

CASE SCHEDULING ORDER - 2