UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARITIME PETROLEUM S.A., <br><br> Plaintiff, <br><br> v. <br><br> KAVO PLATANOS M/V, ET AL., <br><br> Defendants. | CASE NO. 2:15-cv-00172-JHC <br><br> CASE SCHEDULING ORDER |

This matter comes before the Court on the Plaintiff's Notice to Court of Greece Supreme Court Decision, Pursuant to this Court's June 10, 2024 Case Scheduling Order. Dkt. # 145. In its previous Case Scheduling Order, the Court deferred setting certain deadlines until the parties inform the Court of a decision by the Supreme Court of Greece in a related case. Dkt. # 144. Plaintiff has notified the Court of the Supreme Court of Greece's decision. Dkt. # 145.

The Court sets October 14, 2025, as the new trial date. The Court DIRECTS the Clerk to issue a new case scheduling order that includes pretrial deadlines, beginning with the discovery

CASE SCHEDULING ORDER - 1

completion date, in accordance with the Court's standard pretrial schedule. The schedule will include a deadline for dispositive motions.[1]

Dated this 10th day of February, 2025.

*John H. Chun*

John H. Chun
United States District Judge

---

[1] The Court stated in its previous Case Scheduling Order that discovery is to be completed ninety (90) days after the Supreme Court of Greece issues its final ruling or judgment. Dkt. # 144. Although the Supreme Court of Greece published its decision on December 13, 2024, Dkt. # 145-2 at 43, Plaintiff says that January 30, 2025, was the date that the decision was first available to it. Dkt. # 145 at 2. The Court has decided to follow its standard pretrial schedule.

CASE SCHEDULING ORDER - 2