IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEGEAN MARINE PETROLEUM S. A.,<br><br>Plaintiff,<br>v.<br><br>M/V KAVO PLATANOS, her tackle, boilers, apparel, furniture, engines, appurtenances, etc.,<br><br>Defendants *in rem, et al* | IN ADMIRALTY<br><br>CASE NO.: 2:15-cv-00172-JHC<br><br>**ORDER** |

Before the Court is the unopposed motion of Aegean Marine Petroleum S.A. to stay this case pending decision of the Court of Appeals of Piraeus on remand from the Greece Supreme Court. Dkt. # 148. The Court GRANTS the motion and STRIKES the Case Scheduling Order (Dkt. 146) and Minute Order Setting Trial Date and Related Dates (Dkt. 147). The parties shall notify the Court within ten (10) days after the Court of Appeals of Piraeus on remand from the Greece Supreme Court issues its decision in the related Greek litigation. The Court will then set a related briefing schedule and dispositive motion deadlines.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible.

/

/

ORDER - 1

1 | Dated this 8th day of April, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2